UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-170-FtM-38NPM

BRENTON LAWRENCE FRANK

### PRELIMINARY ORDER OF FORFEITURE[1]

Before the Court, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States' moves for a Preliminary Order of Forfeiture for the **Samsung cell phone, Model ZTE GSM Z982 Blade Z Max, serial number 3254757220399** which was used or intended to be used to promote the commission of the violation charged in Count One of the Indictment. (Doc. 98).

Following a November 4, 2020 bench trial, Defendant, Brenton Lawrence Frank, was found guilty of possession of a visual depiction of a minor engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), as charged in Count One of the Indictment. (Doc. 1).

The required connection between the crime of conviction and the asset has been established, the United States is entitled to forfeit the property.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Therefore, the Motion for Preliminary Order of Forfeiture (Doc. 98) is **GRANTED**. And, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

This order shall become a final order of forfeiture as to Defendant, Brenton Lawrence Frank, at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on December 29, 2020.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record